IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JANNA RONELLE FALLS DOWN,<br><br>Defendant. | CR 16-117-BLG-SPW-3<br><br>ORDER |

For the reasons stated on the record, JANNA RONELLE FALLS DOWN is hereby released from the custody of the U.S. Marshals Service.

DATED this 15th day of April, 2020.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1